# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JOHN C. GRIMBERG CO., INC., | * |
| Plaintiff, | * |
| v. | *   Civil No.: 8:22-cv-02713-DKC |
| INDIAN HARBOR INSURANCE COMPANY, | * |
| Defendant. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## CORRECTED STIPULATION OF DISMISSAL WITH PREJUDICE

John C. Grimberg Company, Inc. ("Grimberg") and Indian Harbor Insurance Company ("Indian Harbor") have executed a settlement agreement resolving this matter. In consideration of that settlement agreement, Grimberg and Indian Harbor hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) to dismiss with prejudice this action, with each party bearing that party's own attorneys' fees and costs.

Dated: January 18, 2024                    Respectfully submitted,

/s/ Herman M. Braude                       /s/ Ezra S. Gollogly
                                           (signed by Herman M. Braude with
                                           permission of Ezra S. Gollogly)
Herman M. Braude (02573)                   Ezra S. Gollogly (28088)
Braude Law Group. P.C.                     Bradley M. Strickland (21055)
11820 Parklawn Dr., Ste 401                Joseph Dudek (20261)
Rockville, MD 20852                        Kramon & Graham, P.A.
Tel: 202-471-5400                          One South Street, Suite 2600
Fax: 202-471-5404                          Baltimore, Maryland 21202
herman@braudelawgroup.com                  Tel: 410-752-6030
                                           Fax: 410-539-1269
*Attorneys for Plaintiff*                  egollogly@kg-law.com
                                           bstrickland@kg-law.com
                                           jdudek@kg-law.com

                                           *Attorneys for the Defendant*

## CERTIFICATE OF SERVICE

I caused a true and accurate copy of the foregoing to be served via the Court's e-filing system on this 18th day of January, 2024, which constitutes service on all parties of record.

                                                      /s/ Herman M. Braude
                                                     Herman M. Braude

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JOHN C. GRIMBERG CO., INC., | * | |
| Plaintiff, | * | |
| v. | * | Civil No.: 8:22-cv-02713-DKC |
| INDIAN HARBOR INSURANCE COMPANY, | * | |
| Defendant. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

# ORDER
# DISMISSING THIS ACTION WITH PREJUDICE

Pursuant to the Stipulation of Dismissal filed by John C. Grimberg Company, Inc. ("Grimberg") and Indian Harbor Insurance Company ("Indian Harbor"), and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is hereby DISMISSED WITH PREJUDICE, with each party bearing that party's own attorneys' fees and costs.

Dated: January ___, 2024              _____
                                       Honorable Judge Deborah K. Chasanow
                                       United States District Court Judge